Submitted on record and briefs February 16, reversed and remanded April 12, 1995

In the Matter of Mark Schafer,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

Mark SCHAFER,
*Appellant.*

(MC94-17; CA A85310)

893 P2d 573

Elizabeth A. Stevenson and Morris & Associates, PC, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Harrison Latto, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *State v. May*, 131 Or App 570, 888 P2d 14 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).